**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 14, 2023

**BY ECF**

Duty Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 5A
New York, New York 10007

Re: **United States v. Rossi Luis Cruz**
    **23-MJ-5166 (UA)**

Dear Judge:

Undersigned counsel has recently discovered a conflict within the Federal Defenders of New York with respect to Mr. Rossi Luis Cruz. Accordingly, undersigned counsel respectfully moves to withdraw as counsel for Mr. Cruz and asks the Court to appoint CJA Counsel to represent Mr. Cruz moving forward.

Request GRANTED. CJA Susan Kellman is hereby appointed as counsel for Defendant Rossi Luis Cruz. SO ORDERED.
Dated: 7/18/2023

*[signature]*

Respectfully Submitted,

/s/
Kristoff I. Williams
Assistant Federal Defenders
Federal Defenders of New York
(212) 417-8791