UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ROSSI CRUZ,

           Defendant.

CASE NO.: 23 Mag. 5166 (UA)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 30, 2023 the Court ordered Defendant Rossi Cruz to be released from custody directly to Seafield Center to enter into a 28-day Inpatient Program. Accordingly, Mr. Cruz is to remain at Seafield until **July 31, 2023** at which time he will be released and is instructed to go directly to Hope House. He will remain subject to pretrial supervision during his treatment.

Dated:    New York, New York
             July 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**