UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ROSSI CRUZ,

              Defendant.

CASE NO.: 23 Mag. 5166 (UA)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Tuesday, August 1, 2023 at 1:15 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
             July 25, 2023

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**