# **MEMORANDUM**

TO:   <u>Honorable Sarah L. Cave</u>
      United States Magistrate Judge

FROM: <u>Taelor Nisbeth</u>
      U.S. Pretrial Services Officer Assistant

                                                         RE: Rossi Cruz
                                                         1:23-mj-05166-UA-1

The attached memorandum was prepared by Pretrial Services Officer Assistant:

**Taelor Nisbeth**                                                       **212-805-4310**

_____
     Name                                                                                  Phone Number

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]    My office will inform all parties concerned that I will conduct a Bail Review Hearing in

       Courtroom # _____ on_____ at _____ .
                                     Date                  Time

[X]    So Ordered:_____*[signature: Sarah Cave]*_____

[X]    I request that a Bail Review Hearing be conducted by:

        [ ]    The presiding Magistrate Judge in courtroom # 5A.

        [ ]    The District Court Judge presiding in Part I.

        [X]    _____USMJ Sarah L. Cave_____ at 11am on Tuesday
                       Judicial Officer
            February 27, 2024.  The parties, including Mr. Rossi Cruz, are directed to call 1-866-390-1828 Passcode 3809799 at the scheduled time.