UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

UNITED STATES OF AMERICA

                v.

ROSSI CRUZ,

                         *Defendant*.

**Affirmation in Support of Application for Order of Continuance**

**23 Mag. 5166**

-----------------------------------------------------------

| | |
|---|---|
| State of New York | ) |
| County of New York | : ss.: |
| Southern District of New York | ) |

       Jane Chong, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

       1. I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1.

       2. The defendant was arrested on June 27, 2023, charged by complaint with violations of 21 U.S.C. § 812 and 841, made his initial appearance in the Southern District of New York before Magistrate Judge Sarah L. Cave, and was ordered released on bail on June 28, 2023. During presentment, Judge Cave ordered that a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) be held by July 12, 2023. Accordingly, under the Speedy Trial Act, the Government initially had until July 27, 2023, within which to file an indictment or information.

4. On or about August 7, 2023, the Hon. Gabriel W. Gorenstein issued an Order of Continuance, *nunc pro tunc*, extending the deadline for a preliminary hearing to be held under Federal Rule of Criminal Procedure 5.1(c) and the Speedy Trial Act to September 6, 2023. On or about September 6, 2023, the Hon. Valerie Figueredo, issued an Order of Continuance extending the deadline to October 6, 2023, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about October 5, 2023, the Hon. Stewart Aaron issued an Order of Continuance extending the deadline to November 6, 2023, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about November 6, 2023, the Hon. Sarah Netburn issued an Order of Continuance extending the deadline to December 6, 2023, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about December 6, 2023, the Hon. Jennifer E. Willis issued an Order of Continuance extending the deadline to January 8, 2024, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about January 8, 2024, the Hon. Robyn F. Tarnofsky issued an Order of Continuance extending the deadline to February 7, 2024, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about February 7, 2024, the Hon. Barbara C. Moses issued an Order of Continuance extending the deadline to March 8, 2024, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about March 8, 2024, the Hon. Ona T. Wang issued an

Order of Continuance extending the deadline to April 8, 2024, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about April 9, 2024, the Hon. Sarah Netburn issued an Order of Continuance extending the deadline to May 8, 2024, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about May 8, 2024, the Hon. Gary Stein issued an Order of Continuance extending the deadline to June 7, 2024, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about June 7, 2024, the Hon. Stewart D. Aaron issued an Order of Continuance extending the deadline to July 8, 2024, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about July 3, 2024, the Hon. Katharine H. Parker issued an Order of Continuance extending the deadline to August 7, 2024, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about August 5, 2024, the Hon. Jennifer E. Willis issued an Order of Continuance extending the deadline to September 6 2024, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about September 6, 2024, the Hon. Valerie Figueredo issued an Order of Continuance extending the deadline to October 7, 2024, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about October 7, 2024, the Hon. Robert W. Lehrburger issued an Order of Continuance extending the deadline to November 6,

2024, for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about December 23, 2025, the Hon. Sarah Netburn issued an Order of Continuance, *nunc pro tunc*, extending the deadline to January 22, 2025 for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about January 21, 2025, the Hon. Sarah L. Cave issued an Order of Continuance extending the deadline to February 21, 2025 for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about February 21, 2025, the Hon. Sarah Netburn issued an Order of Continuance extending the deadline to March 24, 2025 for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about March 24, 2025, the Hon. Valerie Figueredo issued an Order of Continuance extending the deadline to April 23, 2025 for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about April 23, 2025, the Hon. Jennifer E. Willis issued an Order of Continuance extending the deadline to May 23, 2025 for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about May 23, 2025, the Hon. Robert W. Lehrburger issued an Order of Continuance extending the deadline to June 23, 2025 for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about June 23, 2025, the Hon. Barbara Moses issued an Order of Continuance extending the deadline to July 23, 2025 for holding a preliminary hearing under Federal Rule of

Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about July 22, 2025, the Hon. Ona T. Wang issued an Order of Continuance extending the deadline to August 22, 2025 for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about August 22, 2025, the Hon. Barbara Moses issued an Order of Continuance extending the deadline to September 22, 2025 for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)). On or about September 22, 2025, the Hon. Robyn F. Tarnofsky issued an Order of Continuance extending the deadline to October 22, 2025 for holding a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) or to file an indictment pursuant to the Speedy Trial Act (18 U.S.C. § 3161(b)).

5.  The parties required additional time to engage in discussions about the disposition of this case. Therefore, the Government is requesting a 30-day continuance until November 21, 2025 so that the parties can continue their ongoing discussion about a possible resolution in this case.

6.  Defense counsel indicated in writing on October 20, 2025 that the defense consents to this request.

7. Andrew Dember, Deputy Chief of the Criminal Division, has approved this application.

8.  For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, NY
October 22, 2025

__/s/_____
Jane Chong
Assistant United States Attorney
(212) 637-2383

Case 1:23-mj-05166-UA    Document 67    Filed 10/22/25    Page 6 of 6